IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| David Allen, Jr., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| *-vs-* | ) | No. 21-cv-545 |
| | ) | |
| Thomas Dart, Sheriff of Cook | ) | Judge Perry |
| County, and Cook County, Illinois, | ) | |
| | ) | |
| | ) | |
| *Defendants.* | ) | |

**PLAINTIFF'S MOTION FOR JUDGMENT AS A MATTER OF LAW OR NEW TRIAL**

Plaintiff, by counsel, moves the Court for judgment as a matter of law under Rule 50(b) or a new trial under Rule 59. In support of this motion, Plaintiff submits the accommodating memorandum.

Defendants oppose this motion and request to file a response in opposition to this motion on or before July 9, 2026.

It is therefore respectfully requested that the Court grant Plaintiff's Rule 50(b) motion or Plaintiff's Rule 59 motion for a new trial.

Respectfully submitted,

/s/  Patrick W. Morrissey
Thomas G. Morrissey, Ltd.
10257 S. Western Ave
Chicago, IL 60643
(773)233-7901
pwm@morrisseylawchicago.com

*an attorney for the plaintiff*